IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**ANTONIO SCALES**                                                         **PLAINTIFF**

                                                                 **NO. 1:19CV0079-JMV**

**NANCY BERRYHILL,**
*ACTING COMMISSIONER OF SOCIAL SECURITY*               **DEFENDANT**

### FINAL JUDGMENT

Consistent with the Memorandum Opinion [29] entered today,

**IT IS, HEREBY, ORDERED, ADJUDGED, AND DECREED** that the decision of the Commissioner of the Social Security Administration is AFFIRMED.

This 3rd day of September, 2020.

                                                          /s/ Jane M. Virden
                                                          UNITED STATES MAGISTRATE JUDGE